UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-80054-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**ALAN EDWARD CRAMER,**

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Ryon M. McCabe Following Change of Plea Hearing [ECF No. 42]. On July 30, 2024, Magistrate Judge McCabe held a Change of Plea hearing [ECF No. 38] during which Defendant pled guilty to Count 2 of the Superseding Indictment [ECF No.20] pursuant to a written plea agreement and factual proffer [ECF Nos. 40, 41]. Magistrate Judge McCabe thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Count 2 of the Superseding Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the offense [ECF No. 20]. No objections to the Report have been filed, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 42] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant **Alan Edward Cramer** as to Count 2 of the Superseding Indictment is **ACCEPTED**.

CASE NO. 24-80054-CR-CANNON

3. Defendant **Alen Edward Cramer** is adjudicated guilty of Count 2 of the Superseding Indictment which charges him with, possession of a firearm and ammunition by a prohibited person, in violation of Title 18 U.S.C. § 922(g)(1) [ECF No. 20].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 19th day of August 2024.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:   counsel of record